# United States Bankruptcy Court
## District of Arizona

In re **Richard Daniel Elley**                                   Case No. **2:15-bk-01941**
                    Debtor(s)                                    Chapter  **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐   Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐   Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■   Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **14054.28**.

Debtor, **Richard Daniel Elley**, declares the foregoing to be true and correct under penalty of perjury.


Date **March 11, 2015**          Signature  **/s/ Richard Daniel Elley**
                                            **Richard Daniel Elley**
                                            Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.



FISHER FINANCIAL GROUP, INC.

| EMPLOYEE NO. | EMPLOYEE NAME | | SOCIAL SECURITY NO. | PAY PERIOD BEGINNING | CHECK DATE |
|---|---|---|---|---|---|
| ELLRIC | RICHARD ELLEY | | xxx-xx-9134 | 12/18/14 - 12/31/14 | 12/31/14 |

| ITEM | RATE | HOURS | TOTAL | | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Salary | | | 4,545.42 | | Gross | 4,545.42 | 109,090.08 |
| | | | | | IRA | -136.36 | -3,272.84 |
| | | | | | Fed Income | -409.42 | -10,401.78 |
| | | | | | Soc Sec | -268.18 | -6,430.66 |
| | | | | | Medicare | -62.25 | -1,503.96 |
| | | | | | State | -79.36 | -1,904.64 |
| | | | | | Medins | -252.48 | -5,369.76 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 2 | | 4,545.42 | 109,090.08 | $3,339.39 | 11224 |

LCP93 COMPATIBLE ENVELOPE - C816/C8169

---

FISHER FINANCIAL GROUP, INC.
d/b/a NATIONSCHOICE MORTGAGE
PAYROLL ACCOUNT
3303 E BASELINE RD., BLDG 7/STE. 116
GILBERT, ARIZONA 85234 (480) 461-1111

COMPASS BANK
91-574/1221

Check Number: 11224

PAY Three Thousand Three Hundred Thirty-Nine and 39/100 Dollars

PAY TO THE ORDER OF:
RICHARD ELLEY
7784 EAST DOWNING STREET
MESA, AZ 85207

AMOUNT $3,339.39

DATE Dec 31, 2014

11224

⑆011224⑆ ⑈122105744⑈ 250704888⑈

11224



FISHER FINANCIAL GROUP, INC.

11254

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | | CHECK DATE |
|---|---|---|---|---|---|
| ELLRIC | RICHARD ELLEY | xxx-xx-9134 | 1/1/15 | - 1/15/15 | 1/16/15 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Salary | | | 4,545.42 | Gross | 5,000.00 | 5,000.00 |
| Misc | | | 454.58 | IRA | -150.00 | -150.00 |
| | | | | Fed Income | -459.28 | -459.28 |
| | | | | Soc Sec | -294.35 | -294.35 |
| | | | | Medicare | -68.84 | -68.84 |
| | | | | State | -87.30 | -87.30 |
| | | | | MedIns | -252.48 | -252.48 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 2 | | 5,000.00 | 5,000.00 | $3,687.75 | 11254 |

LCP93   COMPATIBLE ENVELOPE - CE15/CE15S



FISHER FINANCIAL GROUP, INC.

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD BEGIN/ENDING | | CHECK DATE |
|---|---|---|---|---|---|
| ELLRIC | RICHARD ELLEY | xxx-xx-9134 | 12/1/14 | 12/15/14 | 12/18/14 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Salary | | | 4,545.42 | Gross | 4,545.42 | 104,544.88 |
| | | | | IRA | -138.36 | -3,136.28 |
| | | | | Fed Income | -409.42 | -9,992.38 |
| | | | | Soc Sec | -268.18 | -6,164.52 |
| | | | | Medicare | -62.25 | -1,441.71 |
| | | | | State | -79.36 | -1,825.28 |
| | | | | Medins | -252.48 | -5,117.28 |

| WEEKS WORKED | HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|---|
| 2 | | 4,545.42 | 104,544.66 | $3,339.39 | 11194 |

---

FISHER FINANCIAL GROUP, INC.
d/b/a NATIONSCHOICE MORTGAGE
PAYROLL ACCOUNT
3303 E BASELINE RD., BLDG 7/STE. 118
GILBERT, ARIZONA 85234 (480) 461-1111

Check Number: 11194

COMPASS BANK
91-574/1221

11194

Three Thousand Three Hundred Thirty-Nine and 39/100 Dollars

PAY TO THE ORDER OF:

RICHARD ELLEY
7764 EAST DOWNING STREET
MESA, AZ 85207

$ 3,339.39

AMOUNT   Dec 16, 2014   DATE

AUTHORIZED SIGNATURE

⑆011194⑆ ⑈122105741⑈ 250 704 888 ⑈