# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | RICHARD DANIEL ELLEY |
| **Case Number:** | 2:15-BK-01941-EPB   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 14, 2015 11:00 AM   7TH FLOOR #703 |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | MARGARET KELLY |
| **Audio File Name:** | PHL01300649.MP3 |
| **Audio File Size:** | 969 KB |
| **Audio File Length:** | 00:02:04 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*Matter:*

REAFFIRMATION AGREEMENT WITH ARIZONA FEDERAL CREDIT UNION
**R / M #:**   15 / 20